No. 81–6589. RHODES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–6590. BENAVIDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–6596. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–1448. RAYMOND INTERNATIONAL, INC. *v.* BAKER. C. A. 5th Cir. Motion of petitioner to strike portions of respondent's brief denied. Certiorari denied.

No. 81–1479. GULF OIL CORP. ET AL. *v.* PETROL STOPS NORTHWEST ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 81–1746. PUREX CORP. *v.* PROCTER & GAMBLE CO. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 81–1563. SACRAMENTO BEE, PUBLISHED BY MCCLATCHY NEWSPAPERS *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (UNITED STATES ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 81–1665. DYKEMA ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 81–1730. HALL ET AL. *v.* BLAKE ET AL. C. A. 1st Cir. Motion of respondents Albert Blake, Ralph Hamm, and Patrick Rahilly for leave to proceed *in forma pauperis* granted. Certiorari denied.